STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. FRANCIS HUTCHINS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Guy W. Calissi* and *Mr. Anthony D. Andora* for the petitioner.

*Messrs. Major & Major* for the respondents.

January 15, 1964.   Granted.

ALBERT C. BARCLAY, Jr., PLAINTIFF-RESPONDENT, v. THE FIRST NATIONAL BANK OF HIGHTSTOWN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Katzenbach, Gildea & Rudner* for the petitioner.

*Mr. Albert C. Barclay* for the respondent.

January 6, 1964.   Denied.